

**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 12192082 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 12/1/2025 | 12/14/2025 | 12/19/2025 | 1,527.17 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 48.00 | 22.5500 | 1,082.40 | 1,215.00 | 27,398.25 |
| OT - 1.5 | 2.00 | 33.8250 | 67.65 | 35.00 | 1,183.89 |
| Vacation | 5.00 | 22.5500 | 112.75 | 5.00 | 112.75 |
| Sick Leave | 31.00 | 22.5500 | 699.05 | 70.00 | 1,578.50 |
| Holiday | 0.00 | 22.5500 | | 70.00 | 1,578.50 |
| **Total Earnings:** | **86.00** | | **1,961.85** | **1,395.00** | **31,851.89** |
| Less Taxes: | | | -247.93 | | -4,190.90 |
| Less Deductions: | | | -186.75 | | -2,493.00 |
| **Net Pay:** | | | **1,527.17** | | **25,167.99** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,230.50 | 8,867.50 |
| Flex-AmFid | 41.66 | 333.28 |
| Soc Sec | 110.06 | 1,820.27 |
| Medicare | 25.74 | 425.72 |
| Retirement | 88.28 | 1,378.54 |
| Life | 4.00 | 32.00 |
| AD & D | 0.50 | 4.00 |
| **Total Employer Paid Benefits** | **1,500.74** | **12,861.31** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -186.75 | -2,493.00 |
| **Total Deductions** | **-186.75** | **-2,493.00** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -110.06 | -1,820.27 |
| Medicare | -25.74 | -425.72 |
| FWT | -62.13 | -1,107.91 |
| SWT | -50.00 | -837.00 |
| **Total Taxes** | **-247.93** | **-4,190.90** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 46.20 | 3.08 | 5.00 | 44.28 |
| Sick Leave | 31.00 | 10.00 | 31.00 | 10.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,527.17 |
| **Total Direct Deposit** | | **1,527.17** |



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 12052088 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 11/17/2025 | 11/30/2025 | 12/5/2025 | 1,951.02 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 1,167.00 | 26,315.85 |
| OT - 1.5 | 5.00 | 33.8250 | 169.13 | 33.00 | 1,116.24 |
| Sick Leave | 0.00 | 22.5500 | | 39.00 | 879.45 |
| Holiday | 20.00 | 22.5500 | 451.00 | 70.00 | 1,578.50 |
| **Total Earnings:** | **109.00** | | **2,514.33** | **1,309.00** | **29,890.04** |
| Less Taxes: | | | -376.56 | | -3,942.97 |
| Less Deductions: | | | -186.75 | | -2,306.25 |
| **Net Pay:** | | | **1,951.02** | | **23,640.82** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 7,637.00 |
| Flex-AmFid | | 291.62 |
| Soc Sec | 144.31 | 1,710.21 |
| Medicare | 33.75 | 399.98 |
| Retirement | 113.14 | 1,290.26 |
| Life | | 28.00 |
| AD & D | | 3.50 |
| **Total Employer Paid Benefits** | **291.20** | **11,360.57** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -186.75 | -2,306.25 |
| **Total Deductions** | **-186.75** | **-2,306.25** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -144.31 | -1,710.21 |
| Medicare | -33.75 | -399.98 |
| FWT | -122.50 | -1,045.78 |
| SWT | -76.00 | -787.00 |
| **Total Taxes** | **-376.56** | **-3,942.97** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 43.12 | 3.08 | 0.00 | 46.20 |
| Sick Leave | 31.00 | 0.00 | 0.00 | 31.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,951.02 |
| **Total Direct Deposit** | | **1,951.02** |

View your pay stub on-line anytime at www.doculivery.com/ChilliMO

# City of Chillicothe
Where Innovation is Born & Families Are Raised

City of Chillicothe  · 715 Washington · Chillicothe,  MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 11212083 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 11/3/2025 | 11/16/2025 | 11/21/2025 | 1,860.85 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 1,083.00 | 24,421.65 |
| OT - 1.5 | 7.50 | 33.8250 | 253.69 | 28.00 | 947.11 |
| Sick Leave | 0.00 | 22.5500 | | 39.00 | 879.45 |
| Holiday | 10.00 | 22.5500 | 225.50 | 50.00 | 1,127.50 |
| Total Earnings: | 101.50 | | 2,373.39 | 1,200.00 | 27,375.71 |
| Less Taxes: | | | -347.04 | | -3,566.41 |
| Less Deductions: | | | -165.50 | | -2,119.50 |
| Net Pay: | | | 1,860.85 | | 21,689.80 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,091.00 | 7,637.00 |
| Flex-AmFid | 41.66 | 291.62 |
| Soc Sec | 136.89 | 1,565.90 |
| Medicare | 32.01 | 366.23 |
| Retirement | 106.80 | 1,177.12 |
| Life | 4.00 | 28.00 |
| AD & D | 0.50 | 3.50 |
| Total Employer Paid Benefits | 1,412.86 | 11,069.37 |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -2,119.50 |
| Total Deductions | -165.50 | -2,119.50 |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -136.89 | -1,565.90 |
| Medicare | -32.01 | -366.23 |
| FWT | -108.14 | -923.28 |
| SWT | -70.00 | -711.00 |
| Total Taxes | -347.04 | -3,566.41 |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 40.04 | 3.08 | 0.00 | 43.12 |
| Sick Leave | 21.00 | 10.00 | 0.00 | 31.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,860.85 |
| Total Direct Deposit | | 1,860.85 |

View your pay stub on-line anytime at www.doculivery.com/ChilliMO



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 11072089 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 10/20/2025 | 11/2/2025 | 11/7/2025 | 1,491.96 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 999.00 | 22,527.45 |
| OT - 1.5 | 0.00 | 33.8250 |  | 20.50 | 693.42 |
| Sick Leave | 0.00 | 22.5500 |  | 39.00 | 879.45 |
| Holiday | 0.00 | 22.5500 |  | 40.00 | 902.00 |
| Total Earnings: | 84.00 |  | 1,894.20 | 1,098.50 | 25,002.32 |
| Less Taxes: |  |  | -236.74 |  | -3,219.37 |
| Less Deductions: |  |  | -165.50 |  | -1,954.00 |
| Net Pay: |  |  | 1,491.96 |  | 19,828.95 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C |  | 6,546.00 |
| Flex-AmFid |  | 249.96 |
| Soc Sec | 107.18 | 1,429.01 |
| Medicare | 25.07 | 334.22 |
| Retirement | 85.24 | 1,070.32 |
| Life |  | 24.00 |
| AD & D |  | 3.00 |
| Total Employer Paid Benefits | 217.49 | 9,656.51 |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,954.00 |
| Total Deductions | -165.50 | -1,954.00 |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -107.18 | -1,429.01 |
| Medicare | -25.07 | -334.22 |
| FWT | -57.49 | -815.14 |
| SWT | -47.00 | -641.00 |
| Total Taxes | -236.74 | -3,219.37 |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 36.96 | 3.08 | 0.00 | 40.04 |
| Sick Leave | 21.00 | 0.00 | 0.00 | 21.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,491.96 |
| Total Direct Deposit |  | 1,491.96 |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



City of Chillicothe · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 10242081 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 10/6/2025 | 10/19/2025 | 10/24/2025 | 1,882.50 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 915.00 | 20,633.25 |
| OT - 1.5 | 15.00 | 33.8250 | 507.38 | 20.50 | 693.42 |
| Sick Leave | 0.00 | 22.5500 | | 39.00 | 879.45 |
| Holiday | 0.00 | 22.5500 | | 40.00 | 902.00 |
| Total Earnings: | 99.00 | | 2,401.58 | 1,014.50 | 23,108.12 |
| Less Taxes: | | | -353.58 | | -2,982.63 |
| Less Deductions: | | | -165.50 | | -1,788.50 |
| Net Pay: | | | 1,882.50 | | 18,336.99 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,091.00 | 6,546.00 |
| Flex-AmFid | 41.66 | 249.96 |
| Soc Sec | 138.64 | 1,321.83 |
| Medicare | 32.42 | 309.15 |
| Retirement | 108.07 | 985.08 |
| Life | 4.00 | 24.00 |
| AD & D | 0.50 | 3.00 |
| Total Employer Paid Benefits | 1,416.29 | 9,439.02 |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,788.50 |
| Total Deductions | -165.50 | -1,788.50 |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -138.64 | -1,321.83 |
| Medicare | -32.42 | -309.15 |
| FWT | -111.52 | -757.65 |
| SWT | -71.00 | -594.00 |
| Total Taxes | -353.58 | -2,982.63 |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 33.88 | 3.08 | 0.00 | 36.96 |
| Sick Leave | 11.00 | 10.00 | 0.00 | 21.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,882.50 |
| Total Direct Deposit | | 1,882.50 |

View your pay stub on-line anytime at www.doculivery.com/ChilliMO



City of Chillicothe · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 10102089 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 9/22/2025 | 10/5/2025 | 10/10/2025 | 1,596.38 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 82.00 | 22.5500 | 1,849.10 | 831.00 | 18,739.05 |
| OT - 1.5 | 4.00 | 33.8250 | 135.30 | 5.50 | 186.04 |
| Sick Leave | 2.00 | 22.5500 | 45.10 | 39.00 | 879.45 |
| Holiday | 0.00 | 22.5500 | | 40.00 | 902.00 |
| Total Earnings: | 88.00 | | 2,029.50 | 915.50 | 20,706.54 |
| Less Taxes: | | | -267.62 | | -2,629.05 |
| Less Deductions: | | | -165.50 | | -1,623.00 |
| Net Pay: | | | 1,596.38 | | 16,454.49 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 5,455.00 |
| Flex-AmFid | | 208.30 |
| Soc Sec | 115.57 | 1,183.19 |
| Medicare | 27.03 | 276.73 |
| Retirement | 91.33 | 877.01 |
| Life | | 20.00 |
| AD & D | | 2.50 |
| Total Employer Paid Benefits | 233.93 | 8,022.73 |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,623.00 |
| Total Deductions | -165.50 | -1,623.00 |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -115.57 | -1,183.19 |
| Medicare | -27.03 | -276.73 |
| FWT | -71.02 | -646.13 |
| SWT | -54.00 | -523.00 |
| Total Taxes | -267.62 | -2,629.05 |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 30.80 | 3.08 | 0.00 | 33.88 |
| Sick Leave | 13.00 | 0.00 | 2.00 | 11.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,596.38 |
| Total Direct Deposit | | 1,596.38 |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 9262085 | FULL TIME (HOURLY) |
| **Pay Period Begin** | **Pay Period End** | **Pay Date** | **Net Pay** |
| 9/8/2025 | 9/21/2025 | 9/26/2025 | 1,491.96 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 55.00 | 22.5500 | 1,240.25 | 749.00 | 16,889.95 |
| OT - 1.5 | 0.00 | 33.8250 | | 1.50 | 50.74 |
| Sick Leave | 29.00 | 22.5500 | 653.95 | 37.00 | 834.35 |
| Holiday | 0.00 | 22.5500 | | 40.00 | 902.00 |
| **Total Earnings:** | **84.00** | | **1,894.20** | **827.50** | **18,677.04** |
| Less Taxes: | | | -236.74 | | -2,361.43 |
| Less Deductions: | | | -165.50 | | -1,457.50 |
| **Net Pay:** | | | **1,491.96** | | **14,858.11** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,091.00 | 5,455.00 |
| Flex-AmFid | 41.66 | 208.30 |
| Soc Sec | 107.18 | 1,067.62 |
| Medicare | 25.07 | 249.70 |
| Retirement | 85.24 | 785.68 |
| Life | 4.00 | 20.00 |
| AD & D | 0.50 | 2.50 |
| **Total Employer Paid Benefits** | **1,354.65** | **7,788.80** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,457.50 |
| **Total Deductions** | **-165.50** | **-1,457.50** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -107.18 | -1,067.62 |
| Medicare | -25.07 | -249.70 |
| FWT | -57.49 | -575.11 |
| SWT | -47.00 | -469.00 |
| **Total Taxes** | **-236.74** | **-2,361.43** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 27.72 | 3.08 | 0.00 | 30.80 |
| Sick Leave | 32.00 | 10.00 | 29.00 | 13.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,491.96 |
| **Total Direct Deposit** | | **1,491.96** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**

# City of Chillicothe

*Where Innovation is Born & Families Are Raised*

City of Chillicothe · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 9122089 | FULL TIME (HOURLY) |
| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
| 8/25/2025 | 9/7/2025 | 9/12/2025 | 1,706.45 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 694.00 | 15,649.70 |
| OT - 1.5 | 1.50 | 33.8250 | 50.74 | 1.50 | 50.74 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 10.00 | 22.5500 | 225.50 | 40.00 | 902.00 |
| Total Earnings: | 95.50 | | 2,170.44 | 743.50 | 16,782.84 |
| Less Taxes: | | | -298.49 | | -2,124.69 |
| Less Deductions: | | | -165.50 | | -1,292.00 |
| Net Pay: | | | 1,706.45 | | 13,366.15 |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 4,364.00 |
| Flex-AmFid | | 166.64 |
| Soc Sec | 124.31 | 960.44 |
| Medicare | 29.07 | 224.63 |
| Retirement | 97.67 | 700.44 |
| Life | | 16.00 |
| AD & D | | 2.00 |
| Total Employer Paid Benefits | 251.05 | 6,434.15 |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,292.00 |
| Total Deductions | -165.50 | -1,292.00 |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -124.31 | -960.44 |
| Medicare | -29.07 | -224.63 |
| FWT | -85.11 | -517.62 |
| SWT | -60.00 | -422.00 |
| Total Taxes | -298.49 | -2,124.69 |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 24.64 | 3.08 | 0.00 | 27.72 |
| Sick Leave | 32.00 | 0.00 | 0.00 | 32.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,706.45 |
| Total Direct Deposit | | 1,706.45 |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



City of Chillicothe · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 8292085 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 8/11/2025 | 8/24/2025 | 8/29/2025 | 1,620.25 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 610.00 | 13,755.50 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 0.00 | 22.5500 | | 30.00 | 676.50 |
| **Total Earnings:** | **84.00** | | **1,894.20** | **648.00** | **14,612.40** |
| Less Taxes: | | | -273.95 | | -1,826.20 |
| Less Deductions: | | | | | -1,126.50 |
| **Net Pay:** | | | **1,620.25** | | **11,659.70** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 4,364.00 |
| Flex-AmFid | | 166.64 |
| Soc Sec | 117.44 | 836.13 |
| Medicare | 27.47 | 195.56 |
| Retirement | 85.24 | 602.77 |
| Life | | 16.00 |
| AD & D | | 2.00 |
| **Total Employer Paid Benefits** | **230.15** | **6,183.10** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | | -1,126.50 |
| **Total Deductions** | | **-1,126.50** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -117.44 | -836.13 |
| Medicare | -27.47 | -195.56 |
| FWT | -74.04 | -432.51 |
| SWT | -55.00 | -362.00 |
| **Total Taxes** | **-273.95** | **-1,826.20** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 21.56 | 3.08 | 0.00 | 24.64 |
| Sick Leave | 32.00 | 0.00 | 0.00 | 32.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,620.25 |
| **Total Direct Deposit** | | **1,620.25** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**
You will need to provide your login ID and your password.



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 8152102 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 7/28/2025 | 8/10/2025 | 8/15/2025 | 1,491.96 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 526.00 | 11,861.30 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 0.00 | 22.5500 | | 30.00 | 676.50 |
| **Total Earnings:** | **84.00** | | **1,894.20** | **564.00** | **12,718.20** |
| Less Taxes: | | | -236.74 | | -1,552.25 |
| Less Deductions: | | | -165.50 | | -1,126.50 |
| **Net Pay:** | | | **1,491.96** | | **10,039.45** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,091.00 | 4,364.00 |
| Flex-AmFid | 41.66 | 166.64 |
| Soc Sec | 107.18 | 718.69 |
| Medicare | 25.07 | 168.09 |
| Retirement | 85.24 | 517.53 |
| Life | 4.00 | 16.00 |
| AD & D | 0.50 | 2.00 |
| **Total Employer Paid Benefits** | **1,354.65** | **5,952.95** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -1,126.50 |
| **Total Deductions** | **-165.50** | **-1,126.50** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -107.18 | -718.69 |
| Medicare | -25.07 | -168.09 |
| FWT | -57.49 | -358.47 |
| SWT | -47.00 | -307.00 |
| **Total Taxes** | **-236.74** | **-1,552.25** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 18.48 | 3.08 | 0.00 | 21.56 |
| Sick Leave | 22.00 | 10.00 | 0.00 | 32.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,491.96 |
| **Total Direct Deposit** | | **1,491.96** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**
You will need to provide your login ID and your password.



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 8012106 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 7/14/2025 | 7/27/2025 | 8/1/2025 | 1,452.79 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 442.00 | 9,967.10 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 0.00 | 22.5500 | | 30.00 | 676.50 |
| Vol Pay | 0.00 | 0.0000 | -50.00 | 0.00 | |
| **Total Earnings:** | **84.00** | | **1,844.20** | **480.00** | **10,824.00** |
| Less Taxes: | | | -225.91 | | -1,315.51 |
| Less Deductions: | | | -165.50 | | -961.00 |
| **Net Pay:** | | | **1,452.79** | | **8,547.49** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 3,273.00 |
| Flex-AmFid | | 124.98 |
| Soc Sec | 104.08 | 611.51 |
| Medicare | 24.34 | 143.02 |
| Retirement | 82.99 | 432.29 |
| Life | | 12.00 |
| AD & D | | 1.50 |
| **Total Employer Paid Benefits** | **211.41** | **4,598.30** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -961.00 |
| **Total Deductions** | **-165.50** | **-961.00** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -104.08 | -611.51 |
| Medicare | -24.34 | -143.02 |
| FWT | -52.49 | -300.98 |
| SWT | -45.00 | -260.00 |
| **Total Taxes** | **-225.91** | **-1,315.51** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 15.40 | 3.08 | 0.00 | 18.48 |
| Sick Leave | 22.00 | 0.00 | 0.00 | 22.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,452.79 |
| **Total Direct Deposit** | | **1,452.79** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 7182099 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 6/30/2025 | 7/13/2025 | 7/18/2025 | 1,666.66 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 358.00 | 8,072.90 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 10.00 | 22.5500 | 225.50 | 30.00 | 676.50 |
| Vol Pay | 0.00 | 0.0000 | | 0.00 | 50.00 |
| **Total Earnings:** | **94.00** | | **2,119.70** | **396.00** | **8,979.80** |
| Less Taxes: | | | -287.54 | | -1,089.60 |
| Less Deductions: | | | -165.50 | | -795.50 |
| **Net Pay:** | | | **1,666.66** | | **7,094.70** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | 1,091.00 | 3,273.00 |
| Flex-AmFid | 41.66 | 124.98 |
| Soc Sec | 121.16 | 507.43 |
| Medicare | 28.34 | 118.68 |
| Retirement | 95.39 | 349.30 |
| Life | 4.00 | 12.00 |
| AD & D | 0.50 | 1.50 |
| **Total Employer Paid Benefits** | **1,382.05** | **4,386.89** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -795.50 |
| **Total Deductions** | **-165.50** | **-795.50** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -121.16 | -507.43 |
| Medicare | -28.34 | -118.68 |
| FWT | -80.04 | -248.49 |
| SWT | -58.00 | -215.00 |
| **Total Taxes** | **-287.54** | **-1,089.60** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 12.32 | 3.08 | 0.00 | 15.40 |
| Sick Leave | 12.00 | 10.00 | 0.00 | 22.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,666.66 |
| **Total Direct Deposit** | | **1,666.66** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



**City of Chillicothe** · 715 Washington · Chillicothe, MO 64601
(660) 646-2751
EIN:

## Statement of Earnings and Deductions

| Employee Number | Employee Name | Voucher Number | Employee Type |
|---|---|---|---|
| 9750 | JARED KALER | 7042106 | FULL TIME (HOURLY) |

| Pay Period Begin | Pay Period End | Pay Date | Net Pay |
|---|---|---|---|
| 6/16/2025 | 6/29/2025 | 7/4/2025 | 1,686.25 |

## Earnings

| Description | Hours | Rate | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular | 84.00 | 22.5500 | 1,894.20 | 274.00 | 6,178.70 |
| Sick Leave | 0.00 | 22.5500 | | 8.00 | 180.40 |
| Holiday | 10.00 | 22.5500 | 225.50 | 20.00 | 451.00 |
| Vol Pay | 0.00 | 0.0000 | 25.00 | 0.00 | 50.00 |
| **Total Earnings:** | **94.00** | | **2,144.70** | **302.00** | **6,860.10** |
| Less Taxes: | | | -292.95 | | -802.06 |
| Less Deductions: | | | -165.50 | | -630.00 |
| **Net Pay:** | | | **1,686.25** | | **5,428.04** |

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| Emp + C | | 2,182.00 |
| Flex-AmFid | | 83.32 |
| Soc Sec | 122.71 | 386.27 |
| Medicare | 28.70 | 90.34 |
| Retirement | 96.51 | 253.91 |
| Life | | 8.00 |
| AD & D | | 1.00 |
| **Total Employer Paid Benefits** | **247.92** | **3,004.84** |

## Deductions

| Description | Period Amount | YTD Amount |
|---|---|---|
| Emp + C | -165.50 | -630.00 |
| **Total Deductions** | **-165.50** | **-630.00** |

## Taxes

| Description | Period Amount | YTD Amount |
|---|---|---|
| Soc Sec | -122.71 | -386.27 |
| Medicare | -28.70 | -90.34 |
| FWT | -82.54 | -168.45 |
| SWT | -59.00 | -157.00 |
| **Total Taxes** | **-292.95** | **-802.06** |

## Leave Hours

| Type | Beginning | Accrued | Used | Remaining |
|---|---|---|---|---|
| Vacation | 9.24 | 3.08 | 0.00 | 12.32 |
| Sick Leave | 12.00 | 0.00 | 0.00 | 12.00 |
| CT Used | 0.00 | 0.00 | 0.00 | 0.00 |

## Direct Deposit

| Routing | Account Type | Amount |
|---|---|---|
| 101006699 | Checking Deposit | 1,686.25 |
| **Total Direct Deposit** | | **1,686.25** |

**View your pay stub on-line anytime at www.doculivery.com/ChilliMO**



**CITY OF TRENTON**
1100 MAIN ST
TRENTON MO 64683
660-359-2013

TRENTON MO 64683

Deposit #      601673

| DATE | PAY THIS AMOUNT |
|---|---|
| 12/23/2025 | $199.37 |

PAY   *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER      JARED L KALER
OF         1226 LIV 243
           TRENTON, MO 64683

Employee:      011779          KALER, JARED L                                      **CITY OF TRENTON**
Deposit #:     601673          **Department:**      FIRE DEPARTMENT
Payment Date: 12/23/2025       **Pay Period Dates:** 12/07/2025 - 12/20/2025

### Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.99 | 12.00 | 215.88 | 7,474.23 |
| | Total Earnings: | | 12.00 | 215.88 | 7,474.23 |

### Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 0.00 | 195.85 | 0.00 | 0.00 |
| SOC SEC | | | | 13.38 | 463.40 | 13.38 | 463.40 |
| MEDICARE | | | | 3.13 | 108.39 | 3.13 | 108.39 |
| ST W/H | Head of Hous | | | 0.00 | 26.00 | 0.00 | 0.00 |
| | | | Total Taxes: | 16.51 | 793.64 | 16.51 | 571.79 |

### Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 199.37 |
| | Total Direct Deposits: | 199.37 |

### Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 215.88 | 7,474.23 |
| TAXES | 16.51 | 793.64 |
| NET | 199.37 | 6,680.59 |



**CITY OF TRENTON**
1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit #      601583

| DATE | PAY THIS AMOUNT |
|---|---|
| 11/25/2025 | $387.64 |

PAY   *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| Employee: | 011779 | KALER, JARED L | | CITY OF TRENTON |
|---|---|---|---|---|
| Deposit #: | 601583 | Department: | FIRE DEPARTMENT | |
| Payment Date: | 11/25/2025 | Pay Period Dates: 11/09/2025 - 11/22/2025 | | |

### Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 24.00 | 419.76 | 7,258.35 |
| | Total Earnings: | | 24.00 | 419.76 | 7,258.35 |

### Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 0.00 | 195.85 | 0.00 | 0.00 |
| SOC SEC | | | | 26.03 | 450.02 | 26.03 | 450.02 |
| MEDICARE | | | | 6.09 | 105.26 | 6.09 | 105.26 |
| ST W/H | Head of Hous | | | 0.00 | 26.00 | 0.00 | 0.00 |
| | | | Total Taxes: | 32.12 | 777.13 | 32.12 | 555.28 |

### Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 387.64 |
| | Total Direct Deposits: | 387.64 |

### Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 419.76 | 7,258.35 |
| TAXES | 32.12 | 777.13 |
| NET | 387.64 | 6,481.22 |



## CITY OF TRENTON

1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit #      601492

| DATE | PAY THIS AMOUNT |
|---|---|
| 10/28/2025 | $113.06 |

PAY   *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| | | |
|---|---|---|
| Employee: | 011779 | KALER, JARED L |
| Deposit #: | 601492 | Department:      FIRE DEPARTMENT |
| Payment Date: | 10/28/2025 | Pay Period Dates: 10/12/2025 - 10/25/2025 |

CITY OF TRENTON

### Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 7.00 | 122.43 | 6,838.59 |
| | Total Earnings: | | 7.00 | 122.43 | 6,838.59 |

### Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 0.00 | 195.85 | 0.00 | 0.00 |
| SOC SEC | | | | 7.59 | 423.99 | 7.59 | 423.99 |
| MEDICARE | | | | 1.78 | 99.17 | 1.78 | 99.17 |
| ST W/H | Head of Hous | | | 0.00 | 26.00 | 0.00 | 0.00 |
| | | | Total Taxes: | 9.37 | 745.01 | 9.37 | 523.16 |

### Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 113.06 |
| | Total Direct Deposits: | 113.06 |

### Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 122.43 | 6,838.59 |
| TAXES | 9.37 | 745.01 |
| NET | 113.06 | 6,093.58 |



**CITY OF TRENTON**
1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit #      601398

| DATE | PAY THIS AMOUNT |
|---|---|
| 09/30/2025 | $1,050.58 |

PAY   *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| Employee: | 011779 | KALER, JARED L | CITY OF TRENTON |
|---|---|---|---|
| Deposit #: | 601398 | Department:      FIRE DEPARTMENT | |
| Payment Date: | 09/30/2025 | Pay Period Dates: 09/14/2025 - 09/27/2025 | |

### Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 69.00 | 1,206.81 | 6,716.16 |
| | Total Earnings: | | 69.00 | 1,206.81 | 6,716.16 |

### Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 54.91 | 195.85 | 0.00 | 0.00 |
| SOC SEC | | | | 74.82 | 416.40 | 74.82 | 416.40 |
| MEDICARE | | | | 17.50 | 97.39 | 17.50 | 97.39 |
| ST W/H | Head of Hous | | | 9.00 | 26.00 | 0.00 | 0.00 |
| | | | Total Taxes: | 156.23 | 735.64 | 92.32 | 513.79 |

### Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 1,050.58 |
| | Total Direct Deposits: | 1,050.58 |

### Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 1,206.81 | 6,716.16 |
| TAXES | 156.23 | 735.64 |
| NET | 1,050.58 | 5,980.52 |



**CITY OF TRENTON**
1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit #      601312

| DATE | PAY THIS AMOUNT |
|---|---|
| 09/02/2025 | $1,172.21 |

PAY   *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| | | |
|---|---|---|
| Employee: | 011779 | KALER, JARED L |
| Deposit #: | 601312 | Department:      FIRE DEPARTMENT |
| Payment Date: 09/02/2025 | | Pay Period Dates: 08/17/2025 - 08/30/2025 |

CITY OF TRENTON

## Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 78.00 | 1,364.22 | 5,509.35 |
| | Total Earnings: | | 78.00 | 1,364.22 | 5,509.35 |

## Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 70.65 | 140.94 | 0.00 | 0.00 |
| SOC SEC | | | | 84.58 | 341.58 | 84.58 | 341.58 |
| MEDICARE | | | | 19.78 | 79.89 | 19.78 | 79.89 |
| ST W/H | Head of Hous | | | 17.00 | 17.00 | 0.00 | 0.00 |
| | | | Total Taxes: | 192.01 | 579.41 | 104.36 | 421.47 |

## Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 1,172.21 |
| | Total Direct Deposits: | 1,172.21 |

## Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 1,364.22 | 5,509.35 |
| TAXES | 192.01 | 579.41 |
| NET | 1,172.21 | 4,929.94 |

**CITY OF TRENTON**

1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit #    601177

| DATE | PAY THIS AMOUNT |
|---|---|
| 08/05/2025 | $581.47 |

PAY    *** VOID *** NON-NEGOTIABLE *** VOID *** FOR INFORMATION ONLY *** VOID ***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| | | | |
|---|---|---|---|
| **Employee:** 011779 | KALER, JARED L | | **CITY OF TRENTON** |
| **Deposit #:** 601177 | **Department:** FIRE DEPARTMENT | | |
| **Payment Date:** 08/05/2025 | **Pay Period Dates:** 07/20/2025 - 08/02/2025 | | |

**Earnings**

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 36.00 | 629.64 | 4,145.13 |
| | Total Earnings: | | 36.00 | 629.64 | 4,145.13 |

**Taxes**

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 0.00 | 70.29 | 0.00 | 0.00 |
| SOC SEC | | | | 39.04 | 257.00 | 39.04 | 257.00 |
| MEDICARE | | | | 9.13 | 60.11 | 9.13 | 60.11 |
| | | | Total Taxes: | 48.17 | 387.40 | 48.17 | 317.11 |

**Direct Deposits**

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | ******1993 | 581.47 |
| | Total Direct Deposits: | 581.47 |

**Check Summary**

| Description | Current | YTD |
|---|---|---|
| GROSS | 629.64 | 4,145.13 |
| TAXES | 48.17 | 387.40 |
| NET | 581.47 | 3,757.73 |



**CITY OF TRENTON**
1100 MAIN ST
TRENTON MO 64683
660-359-2013

SOUTHERN BANK
TRENTON MO 64683

Deposit # **601034**

| DATE | PAY THIS AMOUNT |
|---|---|
| 07/08/2025 | $387.64 |

PAY  **\*\*\* VOID \*\*\* NON-NEGOTIABLE \*\*\* VOID \*\*\* FOR INFORMATION ONLY \*\*\* VOID \*\*\***

TO THE
ORDER
OF

JARED L KALER
1226 LIV 243
TRENTON, MO 64683

| | | | |
|---|---|---|---|
| Employee: | 011779 | KALER, JARED L | CITY OF TRENTON |
| Deposit #: | 601034 | Department: FIRE DEPARTMENT | |
| Payment Date: 07/08/2025 | | Pay Period Dates: 06/22/2025 - 07/05/2025 | |

### Earnings

| Description | Position | Rate | Days/Hours | Current | YTD |
|---|---|---|---|---|---|
| HOURLY | PAY PER CALL | 17.49 | 24.00 | 419.76 | 3,515.49 |
| | Total Earnings: | | 24.00 | 419.76 | 3,515.49 |

### Taxes

| Description | Status /Allow. | Addtl Allow. | Addtl Amt/Pct | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|---|
| FED W/H | Married - 0 | | | 0.00 | 70.29 | 0.00 | 0.00 |
| SOC SEC | | | | 26.03 | 217.96 | 26.03 | 217.96 |
| MEDICARE | | | | 6.09 | 50.98 | 6.09 | 50.98 |
| | | Total Taxes: | | 32.12 | 339.23 | 32.12 | 268.94 |

### Direct Deposits

| Account Type | Bank | Amount |
|---|---|---|
| CHECKING | \*\*\*\*\*\*1993 | 387.64 |
| | Total Direct Deposits: | 387.64 |

### Check Summary

| Description | Current | YTD |
|---|---|---|
| GROSS | 419.76 | 3,515.49 |
| TAXES | 32.12 | 339.23 |
| NET | 387.64 | 3,176.26 |