| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 056 | |
|---|---|---|---|---|---|
| WY2 | 001787 | SALSER | | 0000520156 | 1 |

# Earnings Statement



*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM, MA 02452*

Period Beginning: 12/06/2025
Period Ending: 12/19/2025
Pay Date: 12/24/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table,$25 Extra
   Withholding

**ANNA KALER**
**1226 LIV 243**
**TRENTON MO 64683**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 25.0000 | 74.37 | 1,859.25 | 41,007.16 |
| JRP PTO | 25.0000 | 4.00 | 100.00 | 1,152.00 |
| Holiday | | | | 2,320.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,959.25** | 45,517.16 |

Your federal taxable wages this period are
$1,814.33

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 500.00 |
| | Social Security Tax | -112.49 | 2,607.28 |
| | Medicare Tax | -26.31 | 609.77 |
| | MO State Income Tax | -67.00 | 1,304.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,928.97 |
| | Dental | -18.84* | 405.28 |
| | Long-term Disb | -1.58 | 29.37 |
| | Short Trm Disb | -4.68 | 87.07 |
| | Vision | -6.08* | 130.01 |
| | **Net Pay** | **$1,577.27** | |
| | CHECKING | -1,577.27 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 78.37 | |

### Important Notes
COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
   MO: Single
Exemptions/Allowances:
   MO: 0,$16 Additional Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

Advice number: 00000520156
Pay date: 12/24/2025

Deposited to the account of
**ANNA KALER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1993 | xxxx xxxx | $1,577.27 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000504165 | 1 |

# Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM,   MA 02452*

| | |
|---|---|
| Period Beginning: | 11/22/2025 |
| Period Ending: | 12/05/2025 |
| Pay Date: | 12/10/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$25 Extra
  Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON  MO  64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 60.00 | 1,500.00 | 39,147.91 |
| Holiday | 25.0000 | 16.00 | 400.00 | 2,320.00 |
| JRP PTO | | | | 1,052.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,900.00** | 43,557.91 |

Your federal taxable wages this period are
$1,755.08

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -25.00 | 475.00 |
| | Social Security Tax | -108.81 | 2,494.79 |
| | Medicare Tax | -25.45 | 583.46 |
| | MO State Income Tax | -65.00 | 1,237.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,808.97 |
| | Dental | -18.84* | 386.44 |
| | Long-term Disb | -1.58 | 27.79 |
| | Short Trm Disb | -4.68 | 82.39 |
| | Vision | -6.08* | 123.93 |
| | **Net Pay** | **$1,524.56** | |
| | CHECKING | -1,524.56 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and**
**Information** | this period | total to date
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 76.00 | |

### Important Notes
COMPANY  PH#:(508)  283-5350

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  MO:        Single
Exemptions/Allowances:
  MO:            0,$16 Additional Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| Advice number: | 00000504165 |
|---|---|
| Pay date: | 12/10/2025 |

Deposited to the account of
**ANNA  KALER**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx1993 | xxxx xxxx | $1,524.56 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000480169 | 1 |

## Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM,  MA 02452*

| | |
|---|---|
| Period Beginning: | 11/08/2025 |
| Period Ending: | 11/21/2025 |
| Pay Date: | 11/26/2025 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table,$25  Extra
       Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON   MO  64683**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|-------------|----------------|
| Reg | 25.0000 | 68.03 | 1,700.75 | 37,647.91 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,920.00 |
| JRP PTO | | | | 1,052.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,900.75** | 41,657.91 |

Your  federal  taxable  wages  this  period  are
$1,755.83

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -25.00 | 450.00 |
| | Social Security Tax | -108.87 | 2,385.98 |
| | Medicare Tax | -25.46 | 558.01 |
| | MO State Income Tax | -65.00 | 1,172.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |

**Other Benefits  and**
**Information**

| | this  period | total  to  date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 76.03 | |

**Important  Notes**

COMPANY  PH#:(508)  283-5350

BASIS  OF PAY:  HOURLY

| Other | | | |
|-------|---|---|---|
| Bcbs Ppo | -120.00* | 2,688.97 | |
| Dental | -18.84* | 367.60 | |
| Long-term  Disb | -1.58 | 26.21 | |
| Short Trm  Disb | -4.68 | 77.71 | |
| Vision | -6.08* | 117.85 | |
| **Net Pay** | **$1,525.24** | | |
| CHECKING | -1,525.24 | | |
| **Net Check** | **$0.00** | | |

**Additional  Tax  Withholding  Information**

Taxable  Marital  Status:
  MO:             Single
Exemptions/Allowances:
  MO:             0,$16  Additional  Tax

* **Excluded  from  federal  taxable  wages**

© 2000 ADP,  Inc.

DEMANDDRIVE
135 BEAVER  ST STE 308
WALTHAM,  MA 02452

| | | |
|---|---|---|
| Advice number: | 00000480169 |
| Pay date: | 11/26/2025 |

Deposited  to  the  account  of
**ANNA  KALER**

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxxx1993 | xxxx  xxxx | $1,525.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000460181 | 1 |

# Earnings Statement

**ADP.**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM, MA 02452*

| | |
|---|---|
| Period Beginning: | 10/25/2025 |
| Period Ending: | 11/07/2025 |
| Pay Date: | 11/12/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table,$25 Extra
    Withholding

**ANNA KALER**
**1226 LIV 243**
**TRENTON MO 64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 67.62 | 1,690.50 | 35,947.16 |
| JRP PTO | 25.0000 | 4.00 | 100.00 | 1,052.00 |
| Holiday | | | | 1,720.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,790.50** | 39,757.16 |

| Deductions | Statutory | | | |
|------------|-----------|---|---|---|
| | Federal Income Tax | -25.00 | 425.00 |
| | Social Security Tax | -102.02 | 2,277.11 |
| | Medicare Tax | -23.86 | 532.55 |
| | MO State Income Tax | -59.00 | 1,107.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,568.97 |
| | Dental | -18.84* | 348.76 |
| | Long-term Disb | -1.58 | 24.63 |
| | Short Trm Disb | -4.68 | 73.03 |
| | Vision | -6.08* | 111.77 |
| | **Net Pay** | **$1,429.44** | |
| | CHECKING | -1,429.44 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,645.58

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 71.62 | |

**Important Notes**

COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
  MO:            Single
Exemptions/Allowances:
  MO:            0,$16 Additional Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| Advice number: | 00000460181 |
|----------------|-------------|
| Pay date: | 11/12/2025 |

Deposited to the account of
**ANNA KALER**

| | account number | transit ABA | amount |
|---|---------------|-------------|--------|
| | xxxxxx1993 | xxxx xxxx | $1,429.44 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 056 | |
|-----|------|-------|-------|------|---|
| WY2 | 001787 | SALSER | | 0000440189 | 1 |

# Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM,   MA 02452*

| | |
|---|---|
| Period Beginning: | 10/11/2025 |
| Period Ending: | 10/24/2025 |
| Pay Date: | 10/29/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table,$25 Extra
    Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON   MO  64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 60.62 | 1,515.50 | 34,256.66 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,720.00 |
| JRP PTO | | | | 952.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,715.50** | 37,966.66 |

Your federal taxable wages this period are
$1,570.58

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -25.00 | 400.00 |
| | Social Security Tax | -97.38 | 2,175.09 |
| | Medicare Tax | -22.77 | 508.69 |
| | MO State Income Tax | -56.00 | 1,048.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,448.97 |
| | Dental | -18.84* | 329.92 |
| | Long-term Disb | -1.58 | 23.05 |
| | Short Trm Disb | -4.68 | 68.35 |
| | Vision | -6.08* | 105.69 |
| | **Net Pay** | **$1,363.17** | |
| | CHECKING | -1,363.17 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 68.62 | |

**Important Notes**
COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO:         Single
Exemptions/Allowances:
  MO:      0,$16  Additional  Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| | | |
|---|---|---|
| **Advice number:** | **00000440189** | |
| Pay date: | 10/29/2025 | |

THIS IS NOT A CHECK

Deposited to the account of
**ANNA  KALER**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx1993 | xxxx xxxx | $1,363.17 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000420179 | 1 |

# Earnings Statement

**ADP**

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM,   MA 02452

| | |
|---|---|
| Period Beginning: | 09/27/2025 |
| Period Ending: | 10/10/2025 |
| Pay Date: | 10/15/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$25 Extra
  Withholding

**ANNA  KALER**
**1226 LIV 243**
**TRENTON  MO  64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 67.23 | 1,680.75 | 32,741.16 |
| JRP PTO | 25.0000 | 4.00 | 100.00 | 952.00 |
| Holiday | | | | 1,520.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,780.75** | 36,251.16 |

Your federal taxable wages this period are
$1,635.83

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -25.00 | 375.00 |
| | Social Security Tax | -101.42 | 2,077.71 |
| | Medicare Tax | -23.72 | 485.92 |
| | MO State Income Tax | -59.00 | 992.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,328.97 |
| | Dental | -18.84* | 311.08 |
| | Long-term Disb | -1.58 | 21.47 |
| | Short Trm Disb | -4.68 | 63.67 |
| | Vision | -6.08* | 99.61 |
| | **Net Pay** | **$1,420.43** | |
| | CHECKING | -1,420.43 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 71.23 | |

**Important Notes**
COMPANY  PH#:(508)  283-5350

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO:        Single
Exemptions/Allowances:
  MO:        0,$16 Additional Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| | | |
|---|---|---|
| Advice number: | | 00000420179 |
| Pay date: | | 10/15/2025 |

Deposited to the account of
**ANNA  KALER**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx1993 | xxxx xxxx | $1,420.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| WY2 | 001787 | SALSER | | 0000400201   1 |

## Earnings   Statement



DEMANDDRIVE
135 BEAVER  ST STE 308
WALTHAM,  MA 02452

| | |
|---|---|
| Period Beginning: | 09/13/2025 |
| Period Ending: | 09/26/2025 |
| Pay Date: | 10/01/2025 |

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding  Table,$25  Extra
  Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON  MO  64683**

### Earnings

| | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Reg | 25.0000 | 72.52 | 1,813.00 | 31,060.41 |
| Holiday | | | | 1,520.00 |
| JRP  PTO | | | | 852.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,813.00** | 34,470.41 |

### Deductions    Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -25.00 | 350.00 |
| Social  Security  Tax | -103.42 | 1,976.29 |
| Medicare  Tax | -24.19 | 462.20 |
| MO  State  Income  Tax | -61.00 | 933.00 |
| CO  State  Income  Tax | | 133.99 |
| CO  Paid  Family  Leave  Ins | | 22.00 |

**Other**

| | this period | year to date |
|---|---|---|
| Bcbs  Ppo | -120.00* | 2,208.97 |
| Dental | -18.84* | 292.24 |
| Long-term  Disb | -1.58 | 19.89 |
| Short  Trm  Disb | -4.68 | 58.99 |
| Vision | -6.08* | 93.53 |
| **Net Pay** | **$1,448.21** | |
| CHECKING | -1,448.21 | |
| **Net Check** | **$0.00** | |

**\* Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$1,668.08

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl  Hrs  Worked | 72.52 | |

**Important  Notes**

COMPANY  PH#:(508)  283-5350

BASIS  OF  PAY: HOURLY

### Additional  Tax  Withholding  Information

Taxable   Marital   Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0,$16  Additional  Tax

© 2000  ADP,  Inc.

---

DEMANDDRIVE
135  BEAVER  ST STE  308
WALTHAM , MA  02452

| | | |
|---|---|---|
| **Advice  number:** | | 00000400201 |
| Pay date: | | 10/01/2025 |

Deposited   to the account  of
**ANNA  KALER**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx1993 | xxxx  xxxx | $1,448.21 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000380181 | 1 |

# Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM,  MA 02452*

| | |
|---|---|
| Period Beginning: | 08/30/2025 |
| Period Ending: | 09/12/2025 |
| Pay Date: | 09/17/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding  Table,$25 Extra
  Withholding

**ANNA  KALER**
**1226 LIV 243**
**TRENTON  MO  64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 54.10 | 1,352.50 | 29,247.41 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,520.00 |
| JRP PTO | 25.0000 | 8.00 | 200.00 | 852.00 |
| SICK | | | | 1,038.00 |
| **Gross Pay** | | | **$1,752.50** | 32,657.41 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -25.00 | 325.00 |
| | Social Security Tax | -99.67 | 1,872.87 |
| | Medicare Tax | -23.31 | 438.01 |
| | MO State Income Tax | -58.00 | 872.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 2,088.97 |
| | Dental | -18.84* | 273.40 |
| | Long-term  Disb | -1.58 | 18.31 |
| | Short Trm  Disb | -4.68 | 54.31 |
| | Vision | -6.08* | 87.45 |
| | **Net Pay** | **$1,395.34** | |
| | CHECKING | -1,395.34 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,607.58

| Other Benefits  and Information | this period | total to date |
|---------------------------------|-------------|---------------|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 70.10 | |

**Important Notes**

COMPANY  PH#:(508)  283-5350

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable  Marital  Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0,$16  Additional  Tax

**\* Excluded from federal taxable wages**

© 2000  ADP,  Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| | |
|---|---|
| **Advice number:** | **00000380181** |
| Pay date: | 09/17/2025 |

Deposited  to the account  of
**ANNA  KALER**

| account number | transit  ABA | amount |
|----------------|--------------|--------|
| xxxxxx1993 | xxxx  xxxx | $1,395.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000364184 | 1 |

# Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER ST STE 308*
*WALTHAM, MA 02452*

| Period Beginning: | 08/16/2025 |
|---|---|
| Period Ending: | 08/29/2025 |
| Pay Date: | 09/03/2025 |

**ANNA KALER**
**1226 LIV 243**
**TRENTON MO 64683**

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Standard Withholding Table,$25 Extra
        Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 25.0000 | 72.07 | 1,801.75 | 27,894.91 |
| SICK | 25.0000 | 2.00 | 50.00 | 1,038.00 |
| Holiday | | | | 1,320.00 |
| JRP PTO | | | | 652.00 |
| **Gross Pay** | | | **$1,851.75** | 30,904.91 |

Your federal taxable wages this period are
$1,706.83

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 300.00 |
| | Social Security Tax | -105.82 | 1,773.20 |
| | Medicare Tax | -24.75 | 414.70 |
| | MO State Income Tax | -62.00 | 814.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 72.07 | |

### Important Notes
COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

| | Other | | |
|---|---|---|---|
| | Bcbs Ppo | -120.00* | 1,968.97 |
| | Dental | -18.84* | 254.56 |
| | Long-term Disb | -1.58 | 16.73 |
| | Short Trm Disb | -4.68 | 49.63 |
| | Vision | -6.08* | 81.37 |
| | **Net Pay** | **$1,483.00** | |
| | CHECKING | -1,483.00 | |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
  MO:     Single
Exemptions/Allowances:
  MO:       0,$16 Additional Tax

\* **Excluded from federal taxable wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| Advice number: | 00000364184 |
|---|---|
| Pay date: | 09/03/2025 |



Deposited to the account of
**ANNA KALER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1993 | xxxx xxxx | $1,483.00 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | D56 |
|---|---|---|---|---|---|
| WY2 | 001787 | SALSER | | 0000344191 | 1 |

## Earnings Statement

**ADP**

*DEMANDDRIVE*
*135 BEAVER  ST STE 308*
*WALTHAM,  MA 02452*

Period Beginning:     08/02/2025
Period Ending:        08/15/2025
Pay Date:             08/20/2025

Filing Status: Married  filing jointly
Exemptions/Allowances:
    Federal: Standard  Withholding  Table,$25  Extra
        Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON  MO  64683**

| Earnings | rate | hours | this  period | year  to date |
|---|---|---|---|---|
| Reg | 25.0000 | 71.10 | 1,777.50 | 26,093.16 |
| SICK | 25.0000 | 2.00 | 50.00 | 988.00 |
| Holiday | | | | 1,320.00 |
| JRP PTO | | | | 652.00 |
| **Gross Pay** | | | **$1,827.50** | 29,053.16 |

Your federal taxable wages this period are
$1,682.58

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -25.00 | 275.00 |
| | Social Security Tax | -104.32 | 1,667.38 |
| | Medicare Tax | -24.40 | 389.95 |
| | MO State Income Tax | -61.00 | 752.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 1,848.97 |
| | Dental | -18.84* | 235.72 |
| | Long-term  Disb | -1.58 | 15.15 |
| | Short Trm Disb | -4.68 | 44.95 |
| | Vision | -6.08* | 75.29 |
| | **Net Pay** | **$1,461.60** | |
| | CHECKING | -1,461.60 | |
| | **Net Check** | **$0.00** | |

| Other Benefits  and Information | this  period | total  to date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl  Hrs  Worked | 71.10 | |

**Important  Notes**
COMPANY  PH#:(508)  283-5350

BASIS OF PAY: HOURLY

**Additional  Tax  Withholding  Information**
Taxable  Marital  Status:
    MO:              Single
Exemptions/Allowances:
    MO:              0,$16  Additional  Tax

**\* Excluded  from  federal  taxable  wages**

© 2000  ADP,  Inc.

DEMANDDRIVE
135 BEAVER  ST STE 308
WALTHAM, MA 02452

Advice number:       00000344191
Pay date:            08/20/2025

**THIS IS NOT A CHECK**

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **ANNA  KALER** | xxxxxx1993 | xxxx  xxxx | $1,461.60 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. 056 |
|-----|------|-------|-------|----------------|
| WY2 | 001787 | SALSER | | 0000320177   1 |

# Earnings  Statement



*DEMANDDRIVE*
*135 BEAVER  ST STE 308*
*WALTHAM,   MA 02452*

Period Beginning:      07/19/2025
Period Ending:         08/01/2025
Pay Date:              08/06/2025

Filing Status: Married  filing jointly
Exemptions/Allowances:
  Federal: Standard  Withholding  Table,$25  Extra
    Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON   MO  64683**

| **Earnings** | rate | hours | this  period | year  to date |
|--------------|------|-------|--------------|---------------|
| Reg | 25.0000 | 70.42 | 1,760.50 | 24,315.66 |
| SICK | 25.0000 | 3.00 | 75.00 | 938.00 |
| Holiday | | | | 1,320.00 |
| JRP  PTO | | | | 652.00 |
| **Gross Pay** | | | **$1,835.50** | 27,225.66 |

Your federal taxable wages this period are
$1,690.58

| **Other  Benefits   and Information** | this  period | total  to date |
|--------------------------------------|--------------|----------------|
| Erd | 34.98 | |
| Erm | 179.93 | |
| | | |
| Totl  Hrs  Worked | 70.42 | |

| **Deductions** | **Statutory** | | |
|----------------|---------------|--------|---------|
| | Federal Income Tax | -25.00 | 250.00 |
| | Social  Security  Tax | -104.82 | 1,563.06 |
| | Medicare  Tax | -24.51 | 365.55 |
| | MO  State  Income  Tax | -62.00 | 691.00 |
| | CO  State  Income  Tax | | 133.99 |
| | CO  Paid  Family  Leave  Ins | | 22.00 |
| | **Other** | | |
| | Bcbs  Ppo | -120.00* | 1,728.97 |
| | Dental | -18.84* | 216.88 |
| | Long-term   Disb | -1.58 | 13.57 |
| | Short  Trm  Disb | -4.68 | 40.27 |
| | Vision | -6.08* | 69.21 |
| | **Net Pay** | **$1,467.99** | |
| | CHECKING | -1,467.99 | |
| | **Net Check** | **$0.00** | |

**Important  Notes**
COMPANY  PH#:(508)  283-5350

BASIS  OF  PAY: HOURLY

## Additional  Tax  Withholding  Information

Taxable  Marital  Status:
  MO:                Single
Exemptions/Allowances:
  MO:            0,$16  Additional  Tax

**\* Excluded  from  federal  taxable  wages**

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER  ST STE 308
WALTHAM,  MA 02452

Advice number:        00000320177
Pay date:             08/06/2025

Deposited  to the account  of
**ANNA  KALER**

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxxx1993 | xxxx  xxxx | $1,467.99 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VOUCHER |
|-----|------|-------|-------|---------|
| WY2 | 001787 | SALSER | | 0000304180   1 |

## Earnings Statement

**ADP**

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

Period Beginning:     07/05/2025
Period Ending:        07/18/2025
Pay Date:             07/23/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table,$25 Extra
   Withholding

**ANNA  KALER**
**1226  LIV  243**
**TRENTON  MO  64683**

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 64.27 | 1,606.75 | 22,555.16 |
| JRP PTO | 25.0000 | 4.00 | 100.00 | 652.00 |
| SICK | 25.0000 | 4.00 | 100.00 | 863.00 |
| Holiday | | | | 1,320.00 |
| **Gross Pay** | | | **$1,806.75** | 25,390.16 |

Your federal taxable wages this period are
$1,661.83

### Deductions   Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -25.00 | 225.00 |
| Social Security Tax | -103.03 | 1,458.24 |
| Medicare Tax | -24.10 | 341.04 |
| MO State Income Tax | -60.00 | 629.00 |
| CO State Income Tax | | 133.99 |
| CO Paid Family Leave Ins | | 22.00 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 68.27 | |

### Other

| | this period | year to date |
|---|---|---|
| Bcbs Ppo | -120.00* | 1,608.97 |
| Dental | -18.84* | 198.04 |
| Long-term Disb | -1.58 | 11.99 |
| Short Trm Disb | -4.68 | 35.59 |
| Vision | -6.08* | 63.13 |
| **Net Pay** | **$1,443.44** | |
| CHECKING | -1,443.44 | |
| **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable Marital Status:
  MO:       Single
Exemptions/Allowances:
  MO:       0,$16 Additional Tax

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

Advice number:     00000304180
Pay date:          07/23/2025

THIS IS NOT A CHECK

Deposited to the account of
**ANNA  KALER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1993 | xxxx xxxx | $1,443.44 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| WY2 | 001787 | SALSER | | 0000280201 | 1 |

# Earnings Statement

**ADP®**

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| | |
|---|---|
| Period Beginning: | 06/21/2025 |
| Period Ending: | 07/04/2025 |
| Pay Date: | 07/09/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table,$25 Extra
  Withholding

**ANNA KALER**
**1226 LIV 243**
**TRENTON MO 64683**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 25.0000 | 62.08 | 1,552.00 | 20,948.41 |
| Holiday | 25.0000 | 8.00 | 200.00 | 1,320.00 |
| JRP PTO | | | | 552.00 |
| SICK | | | | 763.00 |
| **Gross Pay** | | | **$1,752.00** | 23,583.41 |

Your federal taxable wages this period are
$1,607.08

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -25.00 | 200.00 |
| | Social Security Tax | -99.64 | 1,355.21 |
| | Medicare Tax | -23.30 | 316.94 |
| | MO State Income Tax | -58.00 | 569.00 |
| | CO State Income Tax | | 133.99 |
| | CO Paid Family Leave Ins | | 22.00 |
| | **Other** | | |
| | Bcbs Ppo | -120.00* | 1,488.97 |
| | Dental | -18.84* | 179.20 |
| | Long-term Disb | -1.58 | 10.41 |
| | Short Trm Disb | -4.68 | 30.91 |
| | Vision | -6.08* | 57.05 |
| | **Net Pay** | **$1,394.88** | |
| | CHECKING | -1,394.88 | |
| | **Net Check** | **$0.00** | |

**Other Benefits and**
**Information**

| | this period | total to date |
|---|-------------|---------------|
| Erd | 34.98 | |
| Erm | 179.93 | |
| Totl Hrs Worked | 70.08 | |

**Important Notes**
COMPANY PH#:(508) 283-5350

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  MO:          Single
Exemptions/Allowances:
  MO:          0,$16 Additional Tax

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc

DEMANDDRIVE
135 BEAVER ST STE 308
WALTHAM, MA 02452

| | |
|---|---|
| Advice number: | **00000280201** |
| Pay date: | 07/09/2025 |



Deposited to the account of
**ANNA KALER**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx1993 | xxxx xxxx | $1,394.88 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE