**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Case No. 26-50023-13 |
| Jared Luke Kaler | Chapter 13 |
| Anna A Kaler | ECF Dkt Ref No(s).      2 |
| Debtor(s) | |

### DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 1/28/2026, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, ECF Dkt Ref No. 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 1/28/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/28/2026

/s/ Megan M Tiede
Megan M Tiede
Bar No. 76784
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
bankruptcy@wagonergroup.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:

    Jared Luke Kaler

    Anna A Kaler

    Debtor(s)

Case No. 26-50023-13

Chapter 13

ECF Dkt Ref No(s).    2

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 1/28/2026, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, ECF Dkt Ref No. 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail,  postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix  exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/28/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 1/28/2026, I caused a copy of the Chapter 13 Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Missouri Department of Revenue | | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| Advanced Radiology Consultants of KC | | | PO Box 370350 | | Denver CO 80237-0350 |
| CROSS RIVER BANK | | | 2115 LINWOOD AVENUE | | FORT LEE NJ 07024-5041 |
| Ally Financial | | | PO Box 380901 | | Minneapolis MN 55438-0901 |
| Apple Card - GS Bank | | | 6112 Lockbox | | Philadelphia PA 19170-0001 |
| Autonation Finance | | | 6 Executive Circle | | Irvine CA 92614-4736 |
| Capital One Bank | | | PO Box 31293 | | Salt Lake City UT 84131-0293 |
| Central Research Inc | | | 122 N. Bloomington St | Ste 1 | Lowell AR 72745-9632 |
| CHILDREN'S MERCY HOSPTIAL | | | PO BOX 804435 | | KANSAS CITY MO 64180-4435 |
| Colorado Department of Revenue | | | 1881 Pierce St | Entrance B | Denver CO 80214-1407 |
| Discover Card | | | PO Box 30939 | | Salt Lake City UT 84130-0939 |
| ENT Credit Union | | | 7250 Campus Dr #200 | | Colorado Springs CO 80920-6532 |
| Internal Revenue Service | | | PO Box 7346 | | Philadelphia PA 19101-7346 |
| Kansas Department of Revenue | | | PO Box 12005 | | Topeka KS 66612-2005 |
| Livingston County Assessor | | | 700 Webster St | | Chillicothe MO 64601-2200 |
| Missouri Department of Revenue | | | PO Box 475 | | Jefferson City MO 65105-0475 |
| Missouri Dept. of Revenue | | | Insolvency Unit | PO Box 475 | Jefferson City MO 65105-0475 |
| Portfolio Recovery Assoc | | | Riverside Commerce Center | | Norfolk VA 23502-0000 |
| Receivable | | | 7350 Tilghman St. | | Allentown PA 18106-9012 |
| SYNCB/CARE CREDIT | | | PO BOX 71757 | | Philadelphia PA 19176-1757 |
| St. Lukes | | | 20 NE St Lukes Blved #350 | | Lees Summit MO 64086-6007 |
| Sunrise Credit Services | | | 8 Corporate Center Drive | Suite 300 | Melville NY 11747-3193 |
| U S ATTORNEY FOR THE WESTERN DISTRICT OF | ATTN BANKRUPTCY | | 400 E 9TH ST | SUITE 5510 | KANSAS CITY MO 64106-2637 |
| US BANK | | | PO BOX 5229 | | CINCINNATI OH 45201-5229 |
| Anna A Kaler | | | 1226 Liv 243 | | Trenton MO 64683-9119 |
| Jared Luke Kaler | | | 1226 Liv 243 | | Trenton MO 64683-9119 |
| Megan Michele Tiede | | | Wm Law | 15095 W 116th Street | Olathe KS 66062-1098 |
| OFFICE OF THE CHAPTER 13 TRUSTEE | | | ATTN RICHARD V FINK | 2345 GRAND BLVD SUITE 1200 | KANSAS CITY MO 64108-0001 |