| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jared Luke Kaler | Social Security number or ITIN: xxx–xx–4947 | |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | Anna A Kaler | Social Security number or ITIN: xxx–xx–6784 | |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: Western District of Missouri | | Date case filed for chapter:   13   1/28/26 | |
| Case number: 26–50023–can13 | | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

02/24

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jared Luke Kaler | Anna A Kaler |
| 2. | **All other names used in the last 8 years** | | fka Anna A Englert, fka Anna A Campbell |
| 3. | **Address** | 1226 Liv 243 Trenton, MO 64683 | 1226 Liv 243 Trenton, MO 64683 |
| 4. | **Debtor's attorney** Name and address | Megan Michele Tiede Wm Law 15095 W 116th Street Olathe, KS 66062 | Contact phone 913–422–0909 Email: tiede@wagonergroup.com |
| 5. | **Bankruptcy trustee** Name and address | Richard V Fink Suite 1200 2345 Grand Blvd. Kansas City, MO 64108–2663 | Contact phone 816–842–1031 Email: info@wdmo13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court Charles Evans Whittaker Courthouse 400 East 9th Street, Room 1510 Kansas City, MO 64106 | Hours open: 9:00 am – 4:30 pm Contact phone 816–512–1800 Date: 1/28/26 |

**For more information, see page 2**

Debtor **Jared Luke Kaler** and **Anna A Kaler**                                        Case number **26–50023–can13**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 24, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 832 466 1500, and Passcode 5342151354 OR, call 1 816 393 6213** |

**For additional meeting information go to https://www.justice.gov/ust/moc**

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | ***Deadline to file a complaint to challenge dischargeability of certain debts:***<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/27/26** |
| | **Deadline for holders(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):** | **Filing deadline: 4/8/26** |
| | **Deadline for all creditors to file a Proof of Claim (except governmental units and holders of a claim that is secured by a security interest in the debtor(s)' principal residence):** | **Filing deadline: 4/8/26** |
| | **Deadline for governmental units to file a Proof of Claim (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)):** | **Filing deadline: 7/27/26** |
| | **Filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. To file a proof of claim electronically click on the ePOC link: ePOC–Electronic Proof of Claim or go to  https://www.mow.uscourts.gov/bankruptcy/creditors/epoc–ereaf–ergn<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Objections to plan** | Objections to the confirmation must be filed within 21 days after conclusion of the 341 meeting. The Court will set a confirmation hearing only upon the filing of a timely objection to confirmation, or a response is filed to the trustee's motion to deny confirmation. The plan may be confirmed without a hearing or reviewing any evidence absent timely objections | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court

Western District of Missouri

| | |
|---|---|
| In re: | Case No. 26-50023-can |
| Jared Luke Kaler | Chapter 13 |
| Anna A Kaler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0866-5 | User: adkt | Page 1 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: 309I | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Luke Kaler, Anna A Kaler, 1226 Liv 243, Trenton, MO 64683-9119 |
| 17482581 | + | Advanced Radiology Consultants of KC, PO Box 370350, Denver CO 80237-0350 |
| 17482592 | + | Livingston County Assessor, 700 Webster St, Chillicothe MO 64601-2200 |
| 17482595 | | Portfolio Recovery Assoc, Riverside Commerce Center, Norfolk VA 23502-0000 |
| 17482597 | + | St. Lukes, 20 NE St Lukes Blved #350, Lees Summit MO 64086-6007 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tiede@wagonergroup.com | Jan 28 2026 20:33:00 | Megan Michele Tiede, Wm Law, 15095 W 116th Street, Olathe, KS 66062 |
| tr | | Email/Text: bncincdocs@wdmo13.com | Jan 28 2026 20:33:00 | Richard V Fink, Suite 1200, 2345 Grand Blvd., Kansas City, MO 64108-2663 |
| smg | | Email/Text: ecfnotices@dor.mo.gov | Jan 28 2026 20:33:00 | Missouri Department of Revenue, General Counsel's Office, PO Box 475, Jefferson City, MO 65105-0475 |
| 17482583 | + | EDI: GMACFS.COM | Jan 29 2026 01:30:00 | Ally Financial, PO Box 380901, Minneapolis MN 55438-0901 |
| 17482584 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 28 2026 20:33:00 | Apple Card - GS Bank, 6112 Lockbox, Philadelphia PA 19170-0001 |
| 17482585 | + | Email/Text: mdoan@cigfinancial.com | Jan 28 2026 20:33:00 | Autonation Finance, 6 Executive Circle, Irvine CA 92614-4736 |
| 17482588 | | Email/Text: CMHBankruptcy@cmh.edu | Jan 28 2026 20:33:00 | Children's Mercy, POB 804435, Kansas City MO 64180-4435 |
| 17482582 | | Email/Text: vbacchas@crossriverbank.com | Jan 28 2026 20:33:00 | Affirm, 885 Teaneck Rd, Teaneck NJ 07666-0000 |
| 17482586 | + | EDI: CAPITALONE.COM | Jan 29 2026 01:30:00 | Capital One Bank, PO Box 31293, Salt Lake City UT 84131-0293 |
| 17482589 | + | EDI: CODEPREV.COM | Jan 29 2026 01:30:00 | Colorado Department of Revenue, 1881 Pierce St, Entrance B, Denver CO 80214-1407 |
| 17482590 | + | EDI: DISCOVER | Jan 29 2026 01:30:00 | Discover Card, PO Box 30939, Salt Lake City UT 84130-0939 |
| 17482591 | + | Email/Text: bankruptcy@ent.com | Jan 28 2026 20:33:00 | ENT Credit Union, 7250 Campus Dr #200, Colorado Springs CO 80920-6532 |
| 17482580 | | EDI: IRS.COM | | |

District/off: 0866-5                          User: adkt                              Page 2 of 2
Date Rcvd: Jan 28, 2026                       Form ID: 309I                           Total Noticed: 26

|  |  | Jan 29 2026 01:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17482578 | Email/Text: KDOR_KSBANKRUPTCY@KS.GOV | Jan 28 2026 20:33:00 | Kansas Department of Revenue, PO Box 12005, Topeka KS 66612-2005 |
| 17482594 | Email/Text: ecfnotices@dor.mo.gov | Jan 28 2026 20:33:00 | Missouri Department of Revenue, PO Box 475, Jefferson City MO 65105-0475 |
| 17482579 | Email/Text: ecfnotices@dor.mo.gov | Jan 28 2026 20:33:00 | Missouri Dept. of Revenue, Insolvency Unit, PO Box 475, Jefferson City MO 65105-0475 |
| 17482596 | ^ MEBN | Jan 28 2026 20:30:59 | Receivable, 7350 Tilghman St., Allentown PA 18106-9012 |
| 17482599 | + EDI: SYNC | Jan 29 2026 01:30:00 | SYNCB/CARE CREDIT, PO BOX 71757, Philadelphia PA 19176-1757 |
| 17482598 | + Email/Text: bankruptcy@sunrisecreditservices.com | Jan 28 2026 20:33:00 | Sunrise Credit Services, 8 Corporate Center Drive, Suite 300, Melville NY 11747-3193 |
| 17482600 | Email/Text: USAMOW.ECFBankruptcy@usdoj.gov | Jan 28 2026 20:33:00 | US Attorney, 400 East 9th Street, Room 5510, Kansas City MO 64106-0000 |
| 17482601 | EDI: USBANKARS.COM | Jan 29 2026 01:30:00 | US Bank, CB Disputes, PO Box 108, Saint Louis MO 63166-0000 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17482593 |  | Midland Credit Management, 320 E Big Beaver Rd, MT 59809-0000 |
| 17482587 | ##+ | Central Research Inc, 122 N. Bloomington St, Ste 1, Lowell AR 72745-9632 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026                    Signature:        /s/Gustava Winters