# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JARED LUKE KALER                                                    CASE NUMBER: 2650023
DEBTOR 2 NAME: ANNA A KALER

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on ___1/30/2026___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

JARED LUKE KALER/ANNA A KALER,1226 LIV 243,TRENTON MO 64683

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : _____1/30/2026_____                      Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:   **JARED LUKE KALER**                                **Chapter 13**
       **ANNA A KALER**

                                             **Case No.: 26-50023-can-13**

                          **Debtors**

**SSN XXX-XX-4947**
**SSN XXX-XX-6784**

---

### ORDER DIRECTING DEBTOR TO PAY TRUSTEE

---

PLAN PAYMENTS

| Due Date | Amount | Periods |
|---|---|---|
| February 27, 2026 | $2,345.00 monthly | Until further Order of the Court |

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

  Richard V. Fink, Trustee
  PO Box 1839
  Memphis, TN 38101-1839

  Please write your name and Chapter 13 case number on each payment.  Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at https://www.wdmo13.com/epay or through Nationwide TFS at https://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

It is further ORDERED that the first payment is due by February 27, 2026. Subsequent payments are due as called for under the plan.

/s/ Cynthia A. Norton

January 29, 2026

Bankruptcy Judge

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

NS      /Order - Wage - Direct - Original