# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:  JARED LUKE KALER
       ANNA A KALER

                                   Case No.:  26-50023-can-13

       **Debtors**

## MOTION TO DENY CONFIRMATION OF PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and requests the court deny confirmation of the proposed plan (document #2), filed on or about January 28, 2026. In support thereof, the trustee states that the issues related to the proposed plan include:

1. 11 U.S.C. Section 1322(d):

   The plan as proposed runs 64 months based on currently available information.

2. 11 U.S.C. Section 1325(b):

   Per the Statement of Financial Affairs Anna Kaler operates a business.  Per Form 122C the debtor earned business income in December 2025.  Schedule I is silent regarding business income.  The trustee requests that the debtors clarify and amend as necessary.

3. Insufficient Information on Schedules:

   Part 6 of the plan includes an executory contract or unexpired lease with Clint Lewis.  Schedule G is silent regarding the creditor's address, and the creditor is not listed on the creditor mailing matrix.  It appears this creditor has not been served notice of the plan.

WHEREFORE, the Chapter 13 Trustee moves the Court for an Order Denying Confirmation of the proposed plan.

                                      Respectfully submitted,

February 10, 2026

                                      /s/ Richard V. Fink, Trustee

                                      Richard V. Fink, Trustee
                                      2345 Grand Blvd., Ste. 1200
                                      Kansas City, MO 64108-2663
                                      (816) 842-1031

**NOTICE OF MOTION**

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order denying confirmation of the plan.** For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail. If any party is served by United States First Class Mail a certificate of service will be filed thereafter:

WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

DME      /Motion - Deny Confirmation