Certificate Number: 12433-MOW-DE-040654703

Bankruptcy Case Number: 26-50023



12433-MOW-DE-040654703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2026, at 11:32 o'clock PM CST, Anna A. Kaler completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Missouri.

Date:   February 24, 2026          By:     /s/Lisa Susoev

Name:  Lisa Susoev

Title:   Teacher