# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  JARED LUKE KALER**
**ANNA A KALER**

                                 **Case No.:  26-50023-can-13**

               **Debtors**

## TRUSTEE'S OBJECTION TO EXEMPTIONS

COMES NOW Richard V. Fink, Chapter 13 Trustee, and files this Objection to Exemptions pursuant to Fed. R. Bankr. P. 4003(b) regarding the following exemptions claimed on the Schedule C filed January 28, 2026:

1. The debtors claim Missouri exemptions.  On the Statement of Financial Affairs, the debtors indicate that they were residents of Colorado from February 2023 to December 2024.  The debtors are not entitled to claim Missouri exemptions.  The trustee requests that the Missouri exemptions be disallowed.

WHEREFORE, the Chapter 13 Trustee requests that the Court grant the Objection to Exemptions.

                                      Respectfully submitted,

February 25, 2026

                                    /s/ Richard V. Fink, Trustee

                                    Richard V. Fink, Trustee
                                    2345 Grand Blvd., Ste. 1200
                                    Kansas City, MO 64108-2663
                                    (816) 842-1031

## NOTICE OF OBJECTION

**Any response to the objection must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.**  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court may enter an Order granting the objection to exemptions.**  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RB        /Objection - Exemptions